ULMER, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1898.) Action by Margaret Ulmer, as administratrix, etc., against the Third Avenue Railroad Company. No opinion. Order denying motion for new trial on newly-discovered evidence reversed, and new trial granted, upon appellant paying respondent, within 10 days, the trial fee and dis-

rsements of the trial, and one-half of the ex-
n allowance granted by the court, in which
se the appeal from the judgment is dismissed.
thout costs, and the judgment vacated. If
e defendant fails to make such payment with-
the time aforesaid, then judgment and orders
pealed from affirmed, with costs.